UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

CYNTHIA RUSSELL

Criminal No. 07-71

**FILED**
APR 1 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**WAIVER OF INDICTMENT**

I, <u>Cynthia Russell</u>, the above named defendant, who is accused of: Conspiracy to Commit Wire Fraud, 18 USC 1349; Uttering a Forged Written Instrument, 22 D.C. Code 3241, 3242; Aiding and Abetting, 22 D.C. Code 1805, the proposed information, and my rights, hereby waive in open court on <u>April 18, 2007</u> prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

_____
GLADYS KESSLER
United States District Judge